Paul E. Roegner and Emil F. Roegner, trading as Roegner & Company, Appellees, v. J. A. Frey, Appellant.

Gen. No. 23,542.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding. Heard in this court at the October term, 1917. Reversed with judgment of *nil capiat*. Opinion filed January 28, 1918. Rehearing denied February 11, 1918.

### Statement of the Case.

Action by Paul E. Roegner and Emil F. Roegner, trading as Roegner & Company, plaintiffs, against J. A. Frey, defendant, to recover a commission claimed on a certain real estate transaction. From a judgment for plaintiffs for $187.50, defendant appeals.

WILLIAM L. BARNUM, JR., for appellant.

GEORGE C. GEIER, for appellees.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

BROKERS, § 37*—*when not procuring cause of exchange of property*. Plaintiffs were not the procuring cause of the trade of defendant's property where defendant refused to make the trade, without knowing the name of the owner of the other property, when it was first proposed by plaintiffs, and several months later effected the trade through his answer to an advertisement by the owner of the property, with which plaintiffs had nothing to do.

DEVER, J., dissenting.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.